IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-675

A. J., MOTHER OF H. G.,
MINOR CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Opinion filed August 1, 2014.

An appeal from the Circuit Court for Walton County.
W. Howard Laporte, Judge.

Stanley K. Luke, Crestview, and Linda C. Clark of Linda C. Clark, P.A., Tampa, for Appellant.

Deedra Abernethy, Department of Children and Families, Fort Walton Beach; Charles Vocelle, Guardian Ad Litem, Defuniak Springs; Kelley Schaeffer, Guardian Ad Litem Program, Tavares; and Dwight O. Slater, Department of Children and Families, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.